

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ODESSA ENTERPRISES, INC., | § | No. 08-19-00039-CV |
| Appellant, | § | Appeal from |
| v. | § | 448th District Court |
| ELIZABETH ONTIVEROS, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2018DCV2800) |
| | § | |

## MEMORANDUM OPINION

On May 31, 2019, we abated the appeal to allow the parties to complete the settlement process. The parties have filed a joint motion to dismiss the appeal because they have settled the dispute between them. *See* TEX.R.APP.P. 42.1(a)(2). We reinstate the appeal, grant the joint motion, and dismiss the appeal. Pursuant to the parties' agreement, costs of the appeal are taxed against the party incurring same. TEX.R.APP.P. 42.1(d).

August 28, 2019

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.